UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------------X  
LAUREEN CORNELL,

                       Plaintiff,

       - against -

FRED S. KELLER SCHOOL,

                     Defendant.  
-----------------------------------------------------------------X

Rev. 9/03

**ORDER OF REFERENCE  
TO A MAGISTRATE JUDGE**

07 Civ. 07197 (CLB)(LMS)

      The above entitled action is referred to the Hon. Lisa M. Smith, United States Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____  
_____

___ Settlement*

_X_ All Purposes

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose of _____

___ Habeas Corpus

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    _____

    All such motions: ____

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York  
           April 29, 2008

                                                  _____  
                                                  United States District Judge